# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER B. COSIMANO, | NO. ED CV 22-39-JFW(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| S.I.S. TECH. VALLI, ET AL., | |
| Defendants. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fifth Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the Fifth Amended Complaint without further leave to amend and with prejudice.

///

IT IS FURTHER ORERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and on all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 15, 2025.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE