JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER B. COSIMANO,<br><br>Plaintiff,<br><br>v.<br><br>S.I.S. TECH. VALLI, ET AL.,<br><br>Defendants. | NO. ED CV 22-39-JFW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Fifth Amended Complaint is dismissed without further leave to amend and with prejudice.

Dated: January 15, 2025.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE